# Exhibit 2 – Stewart Title of Nevada Merger



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

| Filed in the Office of | Business Number C1500-1975 |
|---|---|
|  | Filing Number 20070216183-30 |
| *signature* | Filed On 03/28/2007 |
| Secretary of State State Of Nevada | Number of Pages 10 |

**Articles of Merger**
(PURSUANT TO NRS 92A.200)
**Page 1**

ABOVE SPACE IS FOR OFFICE USE ONLY

(Pursuant to Nevada Revised Statutes Chapter 92A)
(excluding 92A.200(4b))

1) Name and jurisdiction of organization of each constituent entity (NRS 92A.200). If there are more than four merging entities, check box [X] and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity.

Stewart Title of Carson City
**Name of merging entity**

Nevada                                        Corporation
Jurisdiction                                   Entity type *

Stewart Title of Churchill County
**Name of merging entity**

Nevada                                        Corporation
Jurisdiction                                   Entity type *

Stewart Title of Douglas County
**Name of merging entity**

Nevada                                        Corporation
Jurisdiction                                   Entity type *

Stewart Title of Northeastern Nevada, Inc.
**Name of merging entity**

Nevada                                        Corporation
Jurisdiction                                   Entity type *

and,

Stewart Title of Nevada Holdings, Inc.
**Name of surviving entity**

Nevada                                        Corporation
Jurisdiction                                   Entity type *

* Corporation, non-profit corporation, limited partnership, limited-liability company or business trust.

Filing Fee: $350.00

This form must be accompanied by appropriate fees.

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 2

ABOVE SPACE IS FOR OFFICE USE ONLY

2) Forwarding address where copies of process may be sent by the Secretary of State of Nevada (if a foreign entity is the survivor in the merger - NRS 92A.190):

   Attn: _____

   c/o: _____

3) (Choose one)

   [X] The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).

   [ ] The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180)

4) Owner's approval (NRS 92A.200)(options a, b, or c must be used, as applicable, for each entity) (If there are more than four merging entities, check box [X] and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity):

   (a) Owner's approval was not required from

   _____
   Name of merging entity, if applicable

   _____
   Name of merging entity, if applicable

   _____
   Name of merging entity, if applicable

   _____
   Name of merging entity, if applicable

   and, or;

   Stewart Title of Nevada Holdings, Inc.
   Name of surviving entity, if applicable

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 3

ABOVE SPACE IS FOR OFFICE USE ONLY

(b) The plan was approved by the required consent of the owners of *:

| Stewart Title of Carson City |
Name of merging entity, if applicable

| Stewart Title of Churchill County |
Name of merging entity, if applicable

| Stewart Title of Douglas County |
Name of merging entity, if applicable

| Stewart Title of Northeastern Nevada, Inc. |
Name of merging entity, if applicable

and, or;

|                              |
Name of surviving entity, if applicable

* Unless otherwise provided in the certificate of trust or governing instrument of a business trust, a merger must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the merger.

This form must be accompanied by appropriate fees.

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 4

ABOVE SPACE IS FOR OFFICE USE ONLY

(c) Approval of plan of merger for Nevada non-profit corporation (NRS 92A.160):

The plan of merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

_____
Name of merging entity, if applicable

_____
Name of merging entity, if applicable

_____
Name of merging entity, if applicable

_____
Name of merging entity, if applicable

and, or;

_____
Name of surviving entity, if applicable

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684-5708
Website: secretaryofstate.biz

**Articles of Merger**
(PURSUANT TO NRS 92A.200)
**Page 5**

ABOVE SPACE IS FOR OFFICE USE ONLY

5) Amendments, if any, to the articles or certificate of the surviving entity. Provide article numbers, if available. (NRS 92A.200)*:

6) Location of Plan of Merger (check a or b):

☐ (a) The entire plan of merger is attached;

or,

☒ (b) The entire plan of merger is on file at the registered office of the surviving corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the surviving entity (NRS 92A.200).

7) Effective date (optional)**: 4/1/07

\* Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed.

\*\* A merger takes effect upon filing the articles of merger or upon a later date as specified in the articles, which must not be more than 90 days after the articles are filed (NRS 92A.240).

This form must be accompanied by appropriate fees.

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 6

ABOVE SPACE IS FOR OFFICE USE ONLY

8) **Signatures** - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited partnership; A manager of each Nevada limited-liability company with managers or all the members if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

(If there are more than four merging entities, check box [X] and attach an 8 ½" x 11" blank sheet containing the required information for each additional entity.):

Stewart Title of Carson City
Name of merging entity

_____  President
Signature                  Title           Date

Stewart Title of Churchill County
Name of merging entity

_____  President
Signature                  Title           Date

Stewart Title of Douglas County
Name of merging entity

_____  President
Signature                  Title           Date

Stewart Title of Northeastern Nevada, Inc.
Name of merging entity

_____  President
Signature                  Title           Date

Stewart Title of Nevada Holdings, Inc.
Name of surviving entity

_____  President
Signature                  Title           Date

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State AM Merger 2003
Revised on: 10/01/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 6

ABOVE SPACE IS FOR OFFICE USE ONLY

8) Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited partnership; A manager of each Nevada limited-liability company with managers or all the members if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

(if there are more than four merging entities, check box ☒ and attach an 8 ½" x 11" blank sheet containing the required information for each additional entity.):

Stewart Title of Carson City
Name of merging entity
_____ Signature | President Title | 3-15-07 Date

Stewart Title of Churchill County
Name of merging entity
_____ Signature | President Title | 3-15-07 Date

Stewart Title of Douglas County
Name of merging entity
_____ Signature | President Title | Date

Stewart Title of Northeastern Nevada, Inc.
Name of merging entity
_____ Signature | President Title | Date

Stewart Title of Nevada Holdings, Inc.
Name of surviving entity
_____ Signature | President Title | Date

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State AM Merger 2003
Revised on: 10/03/05



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 6

ABOVE SPACE IS FOR OFFICE USE ONLY

8) Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited partnership; A manager of each Nevada limited-liability company with managers or all the members if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

(if there are more than four merging entities, check box [X] and attach an 8 ½" x 11" blank sheet containing the required information for each additional entity.):

Stewart Title of Carson City
**Name of merging entity**

_____ President _____
Signature              Title        Date

Stewart Title of Churchill County
**Name of merging entity**

X _signature_ President _____
Signature              Title        Date

Stewart Title of Douglas County
**Name of merging entity**

_____ President _____
Signature              Title        Date

Stewart Title of Northeastern Nevada, Inc.
**Name of merging entity**

X _signature_ President _____
Signature              Title        Date

Stewart Title of Nevada Holdings, Inc.
**Name of surviving entity**

_____ President _____
Signature              Title        Date

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State AM Merger 2003
Revised on: 10/00/05

# ATTACHMENT TO ARTICLES OF MERGER

## STEWART TITLE OF NEVADA HOLDINGS, INC.

1. Names of Merging and Surviving Entities

   Name of Merging Entity: Stewart Title of Northern Nevada
   Jurisdiction: Nevada
   Type of Entity: Corporation

   Name of Merging Entity: Stewart Title of Nevada
   Jurisdiction: Nevada
   Type of Entity: Corporation

4(b). The plan was approved by the required consent of the owners of:

   Stewart Title of Northern Nevada

   Stewart Title of Nevada

6. Signatures

   Names of Merging Entity: Stewart Title of Northern Nevada

   By_____

   Its: President
   Date:

   Names of Merging Entity: Stewart Title of Nevada

   By _[signature]_

   Its: President
   Date:

# ATTACHMENT TO ARTICLES OF MERGER

## STEWART TITLE OF NEVADA HOLDINGS, INC.

1. **Names of Merging and Surviving Entities**

   Name of Merging Entity:   Stewart Title of Northern Nevada
   Jurisdiction:             Nevada
   Type of Entity:           Corporation

   Name of Merging Entity:   Stewart Title of Nevada
   Jurisdiction:             Nevada
   Type of Entity:           Corporation

4(b). The plan was approved by the required consent of the owners of:

   Stewart Title of Northern Nevada

   Stewart Title of Nevada

6. Signatures

   Names of Merging Entity:   Stewart Title of Northern Nevada

   By_____

   Its:  President
   Date:

   Names of Merging Entity:   Stewart Title of Nevada

   By_____

   Its:  President
   Date: