WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; STEWART TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00637-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 4, 8 & 11]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 ("HSBC Bank Trustee") and Defendants Stewart Information Services Corp. ("SISC"), Stewart Title Guaranty Company ("STGC"), and Stewart Title Company, as successor by merger to Stewart Title of Nevada Holdings, Inc., as successor by merger to Stewart Title of Nevada (erroneously sued as Stewart Title of Nevada) ("STC") ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 16, 2021, HSBC Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-831193-C;
2. On April 19, 2021, SISC and STGC filed its Petition for Removal to this Court [ECF No. 1];
3. On April 22, 2021, SISC filed a Motion to Dismiss [ECF No. 4];
4. HSBC Bank Trustee's deadline to respond to SISC's Motion is currently May 6, 2021.
5. On April 26, 2021, STGC also filed a Motion to Dismiss [ECF No. 8];
6. On May 3, 2021, STC filed a Joinder to STGC's Motion to Dismiss [ECF No. 11];
7. HSBC Bank Trustee's deadline to respond to STGC's Motion to Dismiss and STC's Joinder is currently May 10, 2021;
8. HSBC Bank Trustee's counsel is requesting an extension until June 6, 2021, to file its response to the pending Motions to Dismiss;
9. This extension is requested to allow HSBC Bank Trustee additional time to review and respond to the points and authorities cited in the pending Motions as handling counsel will be out on maternity leave.
10. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 6th day of May, 2021. | DATED this 6th day of May, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| /s/ Lindsay D. Robbins | /s/ Brittany Wood |
| Lindsay D. Robbins, Esq. | Brittany Wood, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 7562 |
| 7785 W. Sahara Ave., Suite 200 | 8250 West Charleston Boulevard, Suite 100 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89117 |
| Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 | Attorneys for Defendants, Stewart Information Services Corp., Stewart Title Guaranty Company, and Stewart Title Company |

**IT IS SO ORDERED.**

Dated this  10th  day of May, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court