AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail:   amaurice@mauricewood.com
          bwood@mauricewood.com
          earonson@mauricewood.com

Attorneys for Defendants,
STEWART TITLE GUARANTY COMPANY and STEWART TITLE INFORMATION SERVICES CORPORATION, STEWART TITLE COMPANY, successor by merger to Stewart Title of Nevada Holdings, Inc., successor by merger to Stewart Title of Nevada (erroneously sued as Stewart Title of Nevada)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; STEWART TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00637-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS [ECF NOS. 4, 8]**<br><br>**[First Request]** |

Defendants Stewart Title Guaranty Company ("STGC"), Stewart Title Information Services Corporation ("SISC"), and Stewart Title Company, successor by merger to Stewart Title of Nevada Holdings, Inc., successor by merger to Stewart Title of Nevada (erroneously sued as Stewart Title of Nevada) ("STC") (collectively, "Defendants"), by and through their counsel of

record, MAURICE WOOD, and Plaintiff HSBC Bank USA, National Association as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2's ("Plaintiff"), by and through its counsel of record, WRIGHT FINLAY & ZAK, hereby stipulate and agree as follows:

1. On March 26, 2021, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. Case No. A-21-831193-C.  See ECF No. 1-1.

2. On April 19, 2021, STGC and SISC filed a Petition for Removal with this Court, based upon diversity jurisdiction.  See ECF No. 1.

3. On April 22, 2021, SISC filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  See ECF No. 4.

4. On April 26, 2021, STGC filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). See EFC No. 8.  STC filed a Joinder on May 3, 2021.  See ECF 11.

5. On May 6, 2021, the parties stipulated to extend the deadline for Plaintiff to respond to the Motions to Dismiss until June 6, 2021, which was subsequently granted by this Court.  See ECF Nos. 14, 17.

6. On June 7, 2021, Plaintiff filed its Responses in Opposition to the two Motions to Dismiss, with an accompanying Request for Judicial Notice.  See ECF Nos. 31–33.

7. The timing of Plaintiff's filing of the Responses created a scheduling conflict for Defendant's counsel due to Defendant's counsels' prior professional and family commitments.

8. As such, the parties have stipulated that the deadline for the filing of Defendants' Replies will be extended by thirty (30) days, such that the deadline for both filings would be extended to July 14, 2021.

9. This extension is requested to allow counsel for Defendants additional time to review and respond to the points and authorities filed by Plaintiff while still allowing Defendant's counsel to comply with her previously planned commitments.

10. Counsel for Plaintiff does not oppose the requested extension.

///

///

///

11. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 9th day of June, 2021.                   DATED this 9th day of June, 2021.

**MAURICE WOOD**                                    **WRIGHT FINLAY & ZAK, LLP**

By: /s/ *Elizabeth E. Aronson*                      By:/s/ *Darren Brenner*
    AARON R. MAURICE, ESQ.                       DARREN T. BRENNER, ESQ.
    Nevada Bar No. 006412                         Nevada Bar No. 8386
    BRITTANY WOOD, ESQ.                           LINDSAY D. ROBBINS, ESQ.
    Nevada Bar No. 007562                         Nevada Bar No. 13474
    ELIZABETH E. ARONSON, ESQ.                    CHRISTINA V. MILLER, ESQ.
    Nevada Bar No. 014472                         Nevada Bar No. 12448
    8250 West Charleston Blvd., Suite 100         7785 W. Sahara Ave., Suite 200
    Las Vegas, Nevada 89117                       LAS VEGAS, NV 89117
    *Attorneys for Defendants*                    *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 14th day of June, 2021.