WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>             Plaintiff,<br><br>    vs.<br><br>STEWART TITLE GUARANTY COMPANY; STEWART TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>             Defendants. | Case No.: 2:21-cv-00637-RFB-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 and Defendants, Stewart Title Guaranty Company and Stewart Title Company, successor by merger to Stewart Title Holdings Inc., successor by merger to Stewart Title of Nevada (sued as Stewart Title of Nevada) (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this status report pursuant to the Court's Minute Order, filed on March 23, 2023 [ECF No. 83].

On March 22, 2023, the Parties filed their Notice of Settlement [ECF No. 82]. The Court filed a Minute Order requiring the Parties to file dismissal documents or a status report by May 22, 2023, addressing the status of the settlement [ECF No. 83]. The Parties need additional time

to finalize the terms of the settlement agreement. The Parties request an additional thirty (30) days, through and including June 21, 2023, to file a stipulation to dismiss this action or another joint status report advising the Court of the status of settlement.

| | |
|---|---|
| DATED this 17th day of May, 2023. | DATED this 17th day of May, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2* | */s/ Brittany Wood* <br> Brittany Wood, Esq. <br> Nevada Bar No. 7562 <br> 8250 West Charleston Blvd., Suite 100 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendants, Stewart Title Guaranty Company and Stewart Title Company, successor by merger to Stewart Title Holdings Inc., successor by merger to Stewart Title of Nevada* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **JOINT STATUS REPORT** was made on the 17th day of May, 2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP

APPROVED:

DATED this 18th day of May, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge